IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROBINSON INVESTMENTS, LLP, )<br>)<br>   Plaintiff,            )<br>)<br>   v.                         )<br>)<br>ADVANCED METALS GROUP, LLC, )<br>)<br>   Defendant.          )  | CIVIL ACTION NO.<br>3:09cv866-MHT<br>(WO) |

## JUDGMENT

In accordance with the stipulation of dismissal of dismissal with prejudice (doc. no. 43), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of October, 2011.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE